## STATE EX REL. VAN NUYS *v.* CIRCUIT COURT OF LAKE COUNTY ET AL.

[No. 27,159. Filed December 13, 1938. Rehearing denied January 3, 1939.]

*Daily, O'Neal, Daily & Efroymson* and *Thompson & Rabb,* for relator.

*Robert D. Armstrong, Noel C. Neal, Harvey Trimble* and *Harold R. Woodward,* for respondents.

PER CURIAM—Upon the authority of the opinion of this court in *State of Indiana on the relation of Joseph M. Robertson et al. v. The Circuit Court of Lake County et al.,* No. 27,160, ante p. 18, the temporary writ of prohibition is hereby made permanent. Shake, Fansler, J.J., not participating.